1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AMOS RYLES,

11          Plaintiff,                    No. CIV S-07-2753 GEB DAD P

12          vs.

13   T. FELKER, et al.,

14          Defendants.            ORDER

15   _____/

16          Plaintiff has requested an extension of time to submit an application to proceed in

17   forma pauperis pursuant the court's order of January 22, 2008.  Good cause appearing, IT IS

18   HEREBY ORDERED that:

19          1.  Plaintiff's February 7, 2008 request for an extension of time is granted; and

20          2.  Plaintiff is granted thirty days from the date of this order in which to submit an

21   application to proceed in forma pauperis.

22   DATED: February 19, 2008.

23

24                                    _____

25   DAD:bb                           DALE A. DROZD
     ryle2755.36ifp                   UNITED STATES MAGISTRATE JUDGE
26