IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

    Plaintiff,                    No. CIV S-07-2753 GEB DAD P

    vs.

T. FELKER, et al.,

    Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to submit the documents necessary to effect service on defendant Patton. Plaintiff's request will be denied as unnecessary. Plaintiff timely filed the documents necessary to effect service on defendant Patton on July 14, 2008.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 10, 2008 request for an extension of time is denied as unnecessary.

DATED: July 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ryle2753.36d