UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS RYLES,<br><br>          Plaintiff,<br><br>    v.<br><br>T. FELKER, et al.,<br><br>          Defendants. | No. 2:07-cv-02753-RCT<br><br><br><br><br><br><br><br>**ORDER** |

Plaintiff Amos Ryles is proceeding *pro se* and seeks relief pursuant to 42 U.S.C. § 1983. It has come to the attention of the Court that Plaintiff is no longer a state prisoner. Pursuant to the Clerk's docket entry dated January 5, 2009, Plaintiff was directed to file a Notice of Change of Address by no later than March 16, 2009. Plaintiff did not comply. Because no Notice has been received by the Court, therefore:

IT IS HEREBY ORDERED that Plaintiff shall file a Notice of Change of Address or otherwise update the Court of his current mailing address within thirty (30) days of the filing date of this Order. If Plaintiff fails to comply with this Order, the Court will entertain a defense motion to dismiss the action for failure to prosecute this action under Federal Rule of Civil Procedure 41(b).

The Clerk is directed to send uncertified copies of this Order to all counsel

of record and to any party appearing *pro se* at said party's last known address.

DATED this 17th day of March, 2009, at Seattle, Washington.

RICHARD C. TALLMAN
United States Circuit Judge
Sitting by designation