IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS RYLES, | 2:07-cv-02753-RCT |
|     Plaintiff, | |
| vs. | |
| T. FELKER, et al., | |
|     Defendants. | |
| _____/ | ORDER TO SHOW CAUSE |

    Defendant W. Patton filed a Waiver of Service of Summons on November 7, 2008. Since that time, Patton has failed to appear or otherwise respond to plaintiff Amos Ryles's complaint. Patton has 30 days from the date of this order to file his answer or show cause, if he has any, why this Court should not enter default against him.

    The Clerk is directed to arrange with the United States Marshal for personal service of a certified copy of this Order to Show Cause on Supervising Deputy Attorney General Monica Anderson and defendant W. Patton.

    IT IS SO ORDERED.


DATED this 27th day of October, 2009.


    /s/ Richard C. Tallman
    UNITED STATES CIRCUIT JUDGE
    Sitting by designation