IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,                                             2:07-cv-02753-RCT

    Plaintiff,

vs.

T. FELKER, et al.,

    Defendants.

_____/     <u>ORDER</u>

The trial date for this case is changed from February 22, 2010, to Monday, March 8, 2010, at 9:00 a.m. in Courtroom 3, 15th Floor.

IT IS SO ORDERED.

DATED this 3rd day of November, 2009.

    /s/ Richard C. Tallman
    UNITED STATES CIRCUIT JUDGE
    Sitting by designation