IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS RYLES, | 2:07-cv-02753-RCT |
| Plaintiff, | |
| vs. | |
| T. FELKER, et al., | |
| Defendants. | |
| _____ / | ORDER TO SHOW CAUSE |

The Court has learned that the previous Order to Show Cause (#28) filed October 28, 2009, was not served as ordered and that Defendant W. Patton is apparently no longer employed by the California Department of Corrections ("CDC"). Therefore, the Court is extending the time for the Attorney General to respond to the Order. The Attorney General has thirty (30) days from the date of this order to file an answer to plaintiff's amended complaint (#13) or to show cause why this Court should not enter default against Patton, who waived service while he was employed by the CDC (#20).

The Clerk is directed to serve Supervising Deputy Attorney General Monica Anderson a copy of this Order to Show Cause and the previous Order to Show Cause (#28) filed on October 28, 2009.

IT IS SO ORDERED.


DATED this 24th day of November, 2009.


/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by designation