IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,                                             2:07-cv-02753-RCT

    Plaintiff,

vs.

T. FELKER, et al.,

    Defendants.

_____/    ORDER

Plaintiff Ryles filed a Motion for Discovery on April 9, 2010 (Dkt. #38). No response has been filed with the court. Defendant W. Patton is ordered to respond to the discovery request by June 1, 2010, unless a response has already been provided to the Plaintiff. If a response has previously been provided, a brief status report to that effect shall be filed on or before June 1, 2010.

The parties are reminded that all pretrial motions, including dispositive motions, shall be filed on or before June 1, 2010. Pursuant to Local Rule 78-230(l), the response to a motion filed June 1, 2010, shall be filed on or before June 22, 2010. Any reply is then due June 29, 2010. The motion shall be considered submitted June 29, 2010, or the date the reply is filed, whichever comes first. The motion shall be submitted on the record, without oral argument.

//

//

//

The parties are further reminded that a failure to respond to a pretrial motion may be "deemed a waiver of any opposition to the granting of the motion."  Local Rule 78-230(l).

IT IS SO ORDERED.

DATED this 24th day of May, 2010.

/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by designation