IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,                                        2:07-cv-02753-RCT

            Plaintiff,

      vs.

T. FELKER, et al.,

            Defendants.

_____/        <u>ORDER</u>


      Plaintiff Amos Ryles's Motion for Discovery (#38) is construed as a discovery request. Pursuant to this court's Scheduling and Discovery Order (#37) filed February 3, 2010, discovery requests were not to be filed with the court.  Discovery closed on April 27, 2010.  For that reason, Plaintiff's Motion for Discovery (#38) is DENIED.

      IT IS SO ORDERED.


      DATED this 26th day of May, 2010.


                              /s/ Richard C. Tallman
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by designation