IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,                                      2:07-cv-02753-RCT

    Plaintiff,

  vs.

T. FELKER, et al.,

    Defendants.

_____/   <u>ORDER</u>

    Pursuant to this court's February 3, 2010, Scheduling Order (#37), Plaintiff Ryles was required to file a pretrial statement on or before June 15, 2010. No such statement has been filed. Because the Plaintiff has failed to file his pretrial statement, the deadline for Defendant Patton's pretrial statement is stayed pending this court's decision on the currently pending Motion for Summary Judgment (#42).

    IT IS SO ORDERED.

    DATED this 22nd day of June, 2010.

    /s/ Richard C. Tallman
    UNITED STATES CIRCUIT JUDGE
    Sitting by designation