IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS RYLES, | 2:07-cv-02753-RCT |
| Plaintiff, | |
| vs. | |
| T. FELKER, et al., | |
| Defendants. | |
| _____/ | <u>ORDER</u> |

Plaintiff Ryles has requested to have this case transferred to the Southern District of California (#49). The Court interprets this as a motion for a change of venue pursuant to 28 U.S.C. § 1404(a), which provides, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

A civil action filed in federal court pursuant to federal question jurisdiction and brought against only one defendant may be brought in (1) the judicial district where the defendant resides, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. *See* 28 U.S.C. § 1391(b). All of the events alleged in the Amended Complaint occurred at High Desert State Prison in Susanville, California, which is located in the Eastern District of California. At the time the Amended Complaint was filed, Defendant Patton worked at High Desert State Prison and appears to have lived in the District as well. Thus, the Eastern District of California is the only district in which Plaintiff could have filed his

claim and any transfer would be improper under § 1404(a).  *See* 28 U.S.C. § 1404(a) (stating that a civil action may be transferred only to a district in which "it might have been brought"). Furthermore, any witnesses to the events at issue in this case would likely be located in the Eastern District.

The Court understands that travel to the Eastern District in inconvenient for Plaintiff, who has recently been released from prison in San Diego, California.  However, this is the proper district for the case.  The Motion for Change of Venue (#49) is DENIED.

IT IS SO ORDERED.

DATED this 20th day of July, 2010.

/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by designation