IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,                                                   2:07-cv-02753-RCT

       Plaintiff,

  vs.

T. FELKER, et al.,

       Defendants.

_____/        <u>ORDER</u>

      Plaintiff Ryles failed to file his pretrial statement on June 15, 2010, as required by this Court's February 3, 2010, order.  This Court recently received Ryles's purported pretrial statement dated July 7, 2010.  However, the statement does not meet any of the requirements of Local Rule 281.  Ryles must file a proper pretrial statement by July 30, 2010, that complies with Local Rule 281 and includes the following information:  (1) a list of any undisputed facts, (2) a list of disputed factual issues, (3) a statement of disputed evidentiary issues, (4) the date, place, and general nature of the incident, (5) any past or future related medical expenses incurred as a result of the alleged assault, (6) the relief sought, (7) a list of witnesses (names and addresses) who will testify, (8) a list of exhibits that will be offered at trial, (9) any motions in limine, (10) requested jury instructions, and (11) a verdict form.  The pretrial statement must also include a sworn statement by Ryles that he will be present on Monday, August 9, 2010, at 9:00 a.m. in Courtroom 3, on the 15th Floor of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California.

1   If a pretrial statement that substantially complies with Local Rule 281 is not filed by July 30, 2010, and if it does not contain the required sworn statement, this case will be dismissed with prejudice for failure to prosecute.

The Court hereby lifts the stay entered June 22, 2010, of the deadline for the filing of Defendant Patton's pretrial statement.  Defendant Patton shall file a pretrial statement by August 4, 2010.  The pretrial statement shall include any motions in limine that Patton wishes to bring before trial, a complete set of jury instructions, and a proposed verdict form.

Ryles and Patton are further ordered to contact the Clerk's Office to schedule a telephone status conference with the undersigned trial judge.  The parties are ordered to contact Amanda Souvannarath at (916) 930-4141 to schedule the status conference by July 28, 2010.

The Clerk's Office is directed to change Amos Ryles's address to: Amos Ryles (P73852) c/o Parole Agent Matt Fox, San Diego Parole Unit, 3502 Kurtz Street, San Diego, CA, 92110. All docketed materials shall be served at that address until Ryles provides a different address. The Clerk is instructed to send the Order Denying Motion to Appoint Counsel (#48) and the Order Denying Motion for Change of Venue (#50), along with the Order Denying Summary Judgment and this Order to the above address by overnight delivery.

IT IS SO ORDERED.

DATED this 21st day of July, 2010.

/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by designation