IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,                                                    2:07-cv-02753-RCT

    Plaintiff,

vs.

T. FELKER, et al.,

    Defendants.

_____/     JUDGMENT

Today this Court issued its Order GRANTING Defendant Patton's request for sanction of dismissal and disposing of this case in its entirety. Accordingly, judgment is hereby entered in favor of Defendant Patton, Plaintiff Ryles shall take nothing, and the case is dismissed with prejudice. All pending motions are denied as moot.

DATED this 2nd day of August, 2010.

/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by designation